UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDY PARSONS and DAVID NELSON, individually and as wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:25-cv-6137<br><br>COMPLAINT FOR MEDICAL NEGLIGENCE |

## I.   PARTIES

1.1   Brandy Parsons and David Nelson, wife and husband, are the Plaintiffs in this matter. At all times material hereto, Plaintiffs resided in Tenino, Thurston County, Washington.

1.2   Defendant United States of America is named on the basis of the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and 2671-2680 in that it is alleged that Plaintiff Brandy Parsons was injured by the medical negligence of Valley View Health Center Tenino and its physicians and employees, including but not limited to Ashley Wheeler, ARNP. All acts and omissions of the Valley View Health Center and its physicians, employees and/or agents were acts and omissions on behalf of the United States.

COMPLAINT FOR MEDICAL NEGLIGENCE - 1

Case No. 3:25-cv-6137

**HOLMAN LAW,** PLLC
216 North Yakima Avenue
P.O. Box 1338
Tacoma, WA 98403
T: 253.627.1866  F: 253.627.1924

1.3 Plaintiffs allege that there may be other health care providers, persons, or entities whose negligence contributed to the Plaintiffs' injuries and damages but whose identities are not now known and who are referred to herein as Unknown John Does. Plaintiffs request that these pleadings be amended to reflect the true identities of these defendants if and when they are identified.

1.4 Plaintiffs allege that there may be other clinics, corporations, or partnerships that the physician employees mentioned in paragraph 1.2 may have belonged to or owned such as to make these John Doe Clinics, Corporations, or Partnerships responsible for those whose negligence contributed to the Plaintiffs' injuries and damages but whose identities are not now known and who are referred to herein as Unknown John Doe Clinics. Plaintiffs request that these pleadings be amended to reflect the true identities of these defendants if and when they are identified.

1.5 A lawsuit arising out of the failures described below in Section III has been filed against TRA-MINW, P.S. (TRA Medical Imaging) in the State of Washington, Pierce County Superior Court. A true and exact copy of the Complaint is attached hereto as **Exhibit A**. This Complaint alleges that the acts and omissions of TRA Medical Imaging/Grant Tibbett, M.D. were performed in concert with the Valley View Health Center and its physician, employee and agent, Ashley Wheeler, ARNP.

## II.   VENUE AND JURISDICTION

2.1 On April 9, 2025, Plaintiffs submitted two Standard Form 95 Claim for Damage, Injury, or Death claims against the Valley View Health Center. See **Exhibit B**.

2.2 Plaintiffs' counsel received a letter dated June 10, 2025 from the U.S. Department of Justice acknowledging receipt of the tort claims. See **Exhibit C**.

2.3 Plaintiffs' counsel received a letter dated July 15, 2025 from the Department of Health & Human Services acknowledging receipt of the tort claims. See **Exhibit D**.

COMPLAINT FOR MEDICAL NEGLIGENCE - 2

Case No. 3:25-cv-6137

**HOLMAN LAW, PLLC**
216 North Yakima Avenue
P.O. Box 1338
Tacoma, WA 98403
T: 253.627.1866  F: 253.627.1924

2.4 On July 25, 2025, Plaintiffs' counsel sent additional information to the Office of the General Counsel, General Law Division, Claims and Employment Law Branch. See **Exhibit E**.

2.5 Plaintiffs' counsel received a letter dated November 17, 2025 that the claims were denied. See **Exhibit F**. Therefore, this Court has jurisdiction over the claims against the United States of America pursuant to 28 U.S.C. § 1346(b), 2401, and 2671-2680.

2.6 Venue is proper in this Court pursuant to 28 U.S.C. § 1402(b).

### III. STATEMENT OF CLAIMS

3.1 On September 14, 2022, Plaintiff Brandy Parsons was a 43-year-old female seen by Ashley Wheeler, ARNP at Tenino Valley View Health Center (VVHC).

3.2 On that visit, ARNP Wheeler charted:

> "Positive for: breast self exam".

3.3 ARNP Wheeler's Assessment included:

> "Breast cancer screening by mammogram".

3.4 ARNP Wheeler's Plan states:

> "Further diagnostic evaluations ordered today include(s) SCR MAMMO BI INCL CAD to be performed".

3.5 ARNP Wheeler's requisition order for the diagnostic evaluation states:

> "DIAGNOSTIC BILATERAL MAMMOGRAM WITH BILATERAL ULTRASOUND"

3.6 There is no direction from ARNP Wheeler as to where the abnormality could be found.

3.7 On November 18, 2022, Ms. Parsons was seen at TRA Olympia, a radiology center for a "MG Diagnostic Bilateral, US Breast Bilateral Limited" imaging.

3.8 The imaging was performed by a TRA technologist.

3.9 The radiologist reading the scans was Grant Tibbetts, M.D., a TRA Medical Imaging radiologist.

COMPLAINT FOR MEDICAL NEGLIGENCE - 3

Case No. 3:25-cv-6137

**HOLMAN LAW, PLLC**
216 North Yakima Avenue
P.O. Box 1338
Tacoma, WA 98403
T: 253.627.1866  F: 253.627.1924

3.10 Dr. Tibbetts' impression following the scan was:

    1. No sonographic evidence for malignancy.

    2. No mammographic evidence for malignancy.

3.11 Dr. Tibbetts and technician did not examine the area of the abnormality.

3.12 On November 21, 2022, according to the VVHC records, Ms. Parson was notified by VVHC that "her mammogram is normal".

3.13 On September 29, 2023, Ms. Parsons was seen again at VVHC by David Little, DO.

3.14 At the visit on September 29, 2023, Ms. Parsons reported that she has "a painful lump in the left breast …"

3.15 Dr. Little's Assessment/Plan included in part:

| | |
|---|---|
| "Assessment | Mass of upper outer quadrant of left breast (N63.21). |
| Patient Plan | ultrasound of left breast will be done follow up as needed |
| Plan Orders | ULTRASOUND BREAST LIMITED to be performed. on Left." |

3.16 On October 18, 2023, Ms. Parsons was seen at Diagnostic Imaging NW, a MultiCare Health System and TRA Medical Imaging Partnership. The physician performing the studies was John Peixotto, M.D.

3.17 Dr. Peixotto performed a "MG Diagnostic Bilateral" and a "US Breast Unilateral Left Limited".

3.18 Dr. Peixotto's impression on the ultrasound was:

    1. Large strongly suspicious mass left breast measuring greater than 5.2 cm with an adjacent apparent satellite lesion measuring 8 mm.

    2. Suspicious lymph node left axilla.

COMPLAINT FOR MEDICAL NEGLIGENCE - 4

Case No. 3:25-cv-6137

HOLMAN LAW, PLLC
216 North Yakima Avenue
P.O. Box 1338
Tacoma, WA 98403
T: 253.627.1866  F: 253.627.1924

3.19  Dr. Peixotto's findings included a larger mass at 2:00 N+7 measuring 2.4 x 5.2 x 2.8 cm.

3.20  Dr. Peixotto's findings also included a smaller mass at 2:00 N+4 measuring 0.8 x 0.6 x 0.8 cm.

3.21  Due to these findings, Ms. Parsons subsequently had mastectomies.

3.22  Ms. Parsons is at increased risk of recurrence due to delay in discovering breast cancer.

3.23  All acts and omissions of ARNP Wheeler were performed in concert with all acts and omissions of TRA Medical Imaging/Grant Tibbetts, M.D.

## IV.   CLAIMS AGAINST THE UNITED STATES OF AMERICA

4.1  As alleged above, the Valley View Health Center and its employees are employees of the government pursuant to 28 U.S.C. § 2671. Therefore, the proper Defendant in this matter is the United States of America.

4.2  <u>Medical Negligence</u>. Defendant United States of America, by and through its employees and agents, including but not limited to Ashley Wheeler, ARNP and Valley View Health Center, failed to exercise the degree of care, skill and learning expected of reasonably prudent heath care providers in the same profession or class in the State of Washington acting in the same or similar circumstances. Such conduct proximately caused severe injuries and damage to Plaintiffs. Such conduct establishes claims under RCW 4.24, RCW 7.70 and other applicable law. More specifically, Defendant United States failed to timely diagnose and treat Plaintiff Brandy Parsons' breast cancer and provide reasonable and prudent care under similar circumstances, including failure to provide proper care and surveillance of Ms. Parsons' critical condition.

4.3  <u>Negligence.</u>  Defendant United States of America, by and through Valley View Health Center, failed to exercise the degree of care, skill and learning expected of reasonably prudent health care providers in the same profession or class in the State of

COMPLAINT FOR MEDICAL NEGLIGENCE - 5

Case No. 3:25-cv-6137

HOLMAN LAW, PLLC
216 North Yakima Avenue
P.O. Box 1338
Tacoma, WA 98403
T: 253.627.1866  F: 253.627.1924

Washington acting in the same or similar circumstances in failing, including but not limited to, performing reasonable studies, including the appropriate breast imaging to diagnose Plaintiff's clinical complaints and conditions.

4.4     Informed Consent.  Defendant United States of America, by and through Valley View Health Center and its employees, breached its duty to inform Plaintiffs of all material facts, including risks and alternatives, which a reasonably prudent patient would need to make an informed decision on whether to consent to or reject proposed courses of treatment.  This conduct proximately caused injury to Plaintiffs.

4.5     Nondelegable Duties. Defendant United States had nondelegable duties with respect to the care and treatment of Plaintiff Brandy Parsons, including nondelegable duties to perform inherent functions of the health center with due care. Defendant has breached these duties and proximately caused injury to Plaintiffs.

4.6     Concert of Action. All acts and omissions of Ashley Wheeler, ARNP as an employee and agent of the United States of America/Valley View Health Center, were in concert with acts and omissions of TRA Medical Imaging/Grant Tibbett, M.D., practicing medicine pursuant to RCW 7.70 at Valley View Health Center. Washington law states at RCW 4.22.070(1)(a):

> "[a] party shall be responsible for the fault of another person or for payment of the proportionate share of another party where both were acting in concert."

## V.     PROXIMATE CAUSE

5.1     The conduct of Defendant as described herein was the proximate cause of Plaintiffs' injuries and damages as outlined below.

## VI.     INJURIES AND DAMAGES

6.1     The acts and omissions of Defendant United States and its physician employees and acting in concert with TRA Medical Imaging/Grant Tibbett, M.D., directly and proximately cased Plaintiffs to suffer severe and permanent injuries, both mental and

COMPLAINT FOR MEDICAL NEGLIGENCE - 6

Case No. 3:25-cv-6137

physical, pain and suffering, mental anguish, loss of consortium, disability, disfigurement, loss of enjoyment of life, loss of earning capacity, and other elements of damages as allowed by law. If the standard of care had been met, all care, treatment, pain, suffering and disability following September 2022 would have been prevented and not have occurred.

6.2     Plaintiff Brandy Parsons' husband, David Nelson has a loss of consortium claim, including but not limited to loss of love and affection.

6.3     Plaintiffs have incurred and will incur out-of-pocket expenses, including but not limited to medical expenses, income loss, and other expenses in an amount that will be proven at trial.

6.4     Plaintiffs are entitled to prejudgment interest on liquidated sums from the time the expenses were incurred to the time of trial at the appropriate and proper rate of interest.

WHEREFORE, having set forth their complaint, the Plaintiffs request that the Court allow Plaintiffs to amend this Complaint when appropriate and to enter judgment against Defendant for all injuries and damages sustained by Plaintiffs in the amounts to be proven at trial, together with their reasonable costs and fees incurred herein, and such other relief as justice requires.

DATED this 18th day of December, 2025.

HOLMAN LAW, PLLC

_____
James L. Holman, WSBA No. 06799
JLH@theholmanlawfirm.com

_____
Jessica Holman Duthie, WSBA No. 43065
JHD@theholmanlawfirm.com

P.O. Box 1338
216 North Yakima Avenue
Tacoma, WA 98401-1338

COMPLAINT FOR MEDICAL NEGLIGENCE - 7

Case No. 3:25-cv-6137

HOLMAN LAW, PLLC
216 North Yakima Avenue
P.O. Box 1338
Tacoma, WA 98403
T: 253.627.1866  F: 253.627.1924

Telephone: (253) 627-1866
Fax: (253) 627-19241

Attorneys for Plaintiffs

COMPLAINT FOR MEDICAL NEGLIGENCE - 8

Case No. 3:25-cv-6137

**HOLMAN LAW, PLLC**
216 North Yakima Avenue
P.O. Box 1338
Tacoma, WA 98403
T: 253.627.1866  F: 253.627.1924